# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDMOND HUDMOND SMITH, IV, #07241-056** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-1454** |
| **SAINT PAUL TRAVELERS COMPANY, INC., ET AL.** | **SECTION: "M"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the complaint is **DISMISSED**.

New Orleans, Louisiana, this 19th day of April, 2019.

_____
**BARRY W. ASHE**
**UNITED STATES DISTRICT JUDGE**